*James L. Dowling,* for plaintiff in error.

*Clifford E. Hay, solicitor-general,* contra.

---

### 17731. RADNEY *v.* THE STATE.

LUKE, J. The evidence authorized the defendant's conviction; no error of law was committed on the trial; and the motion for a new trial, based on the general grounds only, was properly overruled.

*Judgment affirmed. Broyles, C. J., concurs. Bloodworth, J., absent on account of illness.*